IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADREAL CHLOE SCOTT, | * |
| Plaintiff, | * |
| v. | Case No.  5:25-cv-00358-MTT |
| | * |
| THE STATE BOARD OF TECHINICAL COLLEGE SYSTEM OF GEORGIA, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of November, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk